AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 12 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

2023 JAN 12 A 10:04

TAMMY H. DOWNS

CYRANO JONES
_Petitioner_

v.

JOHN P. YATES
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 2:23-cv-00008-KGB-PSH
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Cyrano Jones
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: FCC Forrest City LOW
   (b) Address: P.O. Box 9000
   Forrest City, AR 72336
   (c) Your identification number: 31630-044
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Court Eastern District of Missouri
   (b) Docket number of criminal case: 4:18CR00536 RLW
   (c) Date of sentencing: 5/29/2019
   This case assigned to District Judge Baker
   and to Magistrate Judge Harris
   ☐ Being held on an immigration charge
   ☒ Other (explain): 21 U.S.C. §841

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: ______

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Bureau of Prisons

(b) Docket number, case number, or opinion number: Administrative Remedy #1138651

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
Denial of proper calculation and application of First Step Act Earned Time Credits.

(d) Date of the decision or action: Ongoing.

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: BOP: Warden

(2) Date of filing: 8/26/22

(3) Docket number, case number, or opinion number: 1138651-F1

(4) Result: No response

(5) Date of result: N/A

(6) Issues raised: denial of FSA Earned Time Credits due to pending charges

(b) If you answered "No," explain why you did not appeal: ______

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: BOP: Regional Director
    (2) Date of filing: 9/30/22
    (3) Docket number, case number, or opinion number: 1138651-R1
    (4) Result:
    (5) Date of result:
    (6) Issues raised: denial of FSA Earned Time Credits due to pending charges.

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes      ☐ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: BOP: GeneralCounsel
    (2) Date of filing: 11/17/22
    (3) Docket number, case number, or opinion number: 1138651-A1
    (4) Result: No response
    (5) Date of result: pending
    (6) Issues raised: denial of FSA Earned Time Credits due to pending charges.

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☒ No

If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
     ☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____
_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The BOP is denying the application of First Step Act Earned Time Credits in violation of my rights.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I am First Step Act eligible. I have a LOW PATTERN score. I have earned a significant amount of First Step Act Earned Time Credits. The BOP is not applying First Step Act Earned Time Credits to my sentence.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

### Request for Relief

15. State exactly what you want the court to do:   Order the BOP to immediately and properly calculate and apply all First Step Act Earned Time Credits to the computation and projected release date of my sentence.

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

1/9/23

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1/9/23

_Signature of Petitioner_

7021 2720 0003 0055 8129

Cyrano Jones
31630-044
FCC Forrest City Low
P.O. Box 9000
Forrest City, AR 72336





Clerk of the Court
600 West Capitol Ave.
Room A149
Little Rock, AR 72201

