**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CYRANO JONES**
**Reg # 31630-044**                                                                    **PETITIONER**

**v.**                                   **Case No. 2:23-cv-00008-KGB**

**JOHN P. YATES**                                                          **RESPONDENT**

**ORDER**

Before the Court are the Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 10).  The Court has reviewed the Recommendation (*Id.*).  No party has filed objections to the Recommendation, and the time to do so has passed.  Further, On May 10, 2023, the Court entered an Order directing *pro se* petitioner Cyrano Jones, on or before June 9, 2023, to show cause by written filing with the Court as to why the Court should not adopt the Recommendation and dismiss this case (Dkt. No. 12).  As of the date of this Order, Mr. Jones has not responded to the Court's May 10, 2023, Order.  Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*).  Mr. Jones's petition for a writ of *habeas corpus* is denied without prejudice (Dkt. No. 1).  Judgment will be entered accordingly.

It is so ordered this 23rd day of February, 2026.

Kristine G. Baker
Chief United States District Judge